IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GORDON TODD SKINNER, )
            Plaintiff, )    No. C 06-6850 CRB (PR)
  v. )    ORDER OF DISMISSAL
KARL NICHOLS, et al., )    (Doc # 2)
            Defendant(s). )
_____ )

       On November 3, 2006, Gordon Todd Skinner filed a prisoner's application to proceed in forma pauperis application and a letter stating that he wished to file suit against various federal agents. The court informed Skinner on that same day that his action was deficient because he had not filed a complaint or petition. He was advised that failure to file a complaint or petition within 30 days would result in dismissal of the action.

       On December 4, 2006, Skinner filed a letter requesting an additional 30 days to file a complaint or petition. However, more than 60 days have elapsed since Skinner sought an additional 30 days and Skinner still has not filed a complaint or petition, or sought another extension of time to do so. The action is DISMISSED without prejudice.

       The clerk shall close the file and terminate all pending motions (see, e.g., doc # 2) as moot. No fee is due.

SO ORDERED.

DATED: Feb. 13, 2007          _____
                                         CHARLES R. BREYER
                                         United States District Judge